UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Criminal Action No. 97-10064-JLT |
| | * | |
| v. | * | |
| | * | |
| | * | |
| JAMES M. MURPHY, | * | |
| | * | |
| Defendant. | * | |

ORDER

October 26, 2005

TAURO, J.

On June 1, 2000, the court entered an order requiring Defendant to pay restitution in the amount of $149,650,463.00 "on a schedule to be determined by the Chief U.S. Probation Officer, during the Defendant's sentence and period of supervised release, thereafter he will no longer be subjected to that *condition*."[1]  In the interest of clarifying the June 1, 2000 order, the term "condition" refers to the requirement that the United States Probation Officer determine an appropriate schedule for the payment of restitution during the sentence and supervised release. The order should not be read to limit the time period in which the Defendant must pay mandatory restitution to the completion of his supervised release.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                         United States District Judge

---

[1] Order Entering J. in Crim. Case, June 1, 2000, at 4 (emphasis added).